# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: 2:14-CR-36-JTM-PRC |
| ) | |
| IBRAHAM BERRY, ) | |
| Defendant. ) | |

## OPINION AND ORDER

This matter is before the Court on a Motion for Bill of Particulars [DE 50], filed by Defendant Berry on October 28, 2014. The Government has not filed a response, and the time to do so has passed. Federal Rule of Criminal Procedure 7(f) provides:

> The court may direct the government to file a bill of particulars. The defendant may move for a bill of particulars before or within 10 days after arraignment or at a later time if the court permits. The government may amend a bill of particulars subject to such conditions as justice requires.

Fed. R. Crim. P. 7(f). The decision whether to require a bill of particulars lies within the sound discretion of the trial court. *United States v. Fassnacht*, 332 F.3d 440, 446 (7th Cir. 2003); *United States v. Canino*, 949 F.2d 928, 949 (7th Cir. 1991). The purposes of a bill of particulars include: (1) allowing a defendant to avoid double jeopardy in the event of a subsequent prosecution for the same offense; (2) avoiding prejudicial surprise at trial; and (3) providing a defendant with information sufficient for him to prepare his defense. *See United States v. Roman*, 728 F.2d 846, 856 (7th Cir. 1984).

Having reviewed the matter and finding it well-taken, the Court hereby **GRANTS** the Motion for Bill of Particulars [DE 50] and **ORDERS** that the Government provide Defendant with a bill of particulars by December 5, 2014, clarifying the following.

1. What is the "merchandise" referred to in Count Two of the Indictment?

2. How is the value of that "merchandise" determined?

3. Upon what facts does the Government base the charge that the "merchandise" was "transported in interstate commerce"?

SO ORDERED this 21st day of November, 2014.

s/ Paul R. Cherry<br>
MAGISTRATE JUDGE PAUL R. CHERRY<br>
UNITED STATES DISTRICT COURT

cc: All counsel of record